

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-14-00056-CV

ORCA ASSETS, G.P., L.L.C., ORCA/ICI DEVELOPMENT, ORCA PETROLEUM, LTD., AND ALLEN BERRY

APPELLANTS

V.

LOUIS DORFMAN; K.I. HOLDINGS, LTD.; SAM MYERS, J.M.D. RESOURCES, INC.; BILLY COGDELL BOWDEN; BARBARA STANDFIELD; STACEY DORFMAN-KIVOWITZ; JULIA DORFMAN; MARK DORFMAN; DAVID PHILLIP COOK; CHERYL KING COOK; SAM Y. DORFMAN, JR.; PETROHAWK PROPERTIES, L.P.; FRANK MORAVITS, INDIVIDUALLY AND AS TRUSTEE OF THE MORAVITS CHILDREN TRUST NO. 1 AND MORAVITS CHILDREN TRUST NO. 2, SHELBY MORAVITS, AND JERRY KORTZ

APPELLEES

### NO. 02-14-00057-CV

JPMORGAN CHASE BANK, N.A., AS TRUSTEE OF THE RED CREST TRUST

APPELLANT

V.

LOUIS DORFMAN; K.I. HOLDINGS, LTD.; SAM MYERS, J.M.D. RESOURCES, INC.; BILLY COGDELL BOWDEN; BARBARA STANDFIELD; STACEY DORFMAN-KIVOWITZ; JULIA DORFMAN; MARK DORFMAN; DAVID PHILLIP COOK; CHERYL KING COOK; SAM Y. DORFMAN, JR.; PETROHAWK PROPERTIES, L.P.; FRANK MORAVITS, INDIVIDUALLY AND AS TRUSTEE OF THE MORAVITS CHILDREN TRUST NO. 1 AND MORAVITS CHILDREN TRUST NO. 2, SHELBY MORAVITS, AND JERRY KORTZ

APPELLEES

------------

FROM THE 342ND DISTRICT COURT OF TARRANT COUNTY
TRIAL COURT NO. 342-259139-12

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

We have considered appellants' joint motions to dismiss their appeals of the trial court's order with respect to appellee Petrohawk Properties, L.P. only. We grant both motions and dismiss appellants' appeals with respect to appellee

---

[1]*See* Tex. R. App. P. 47.4.

2

Petrohawk Properties, L.P. only, with prejudice.  *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Costs of the appeals shall be paid by the party incurring the same, for which let execution issue.  *See* Tex. R. App. P. 42.1(d).

PER CURIAM

PANEL:   LIVINGSTON, C.J.; MCCOY and MEIER, JJ.

DELIVERED:  August 7, 2014